**Copyrights-In-Suit for IP Address 71.205.106.153**

**ISP:** Comcast Cable
**Location:** Grand Rapids, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Grace Angelic | PA0001800022 | 07/09/2012 | 07/11/2012 | 09/18/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/29/2012 |
| On My Own | PA0001794965 | 06/04/2012 | 06/08/2012 | 09/18/2012 |
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 09/18/2012 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/17/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/25/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/17/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  7**

EXHIBIT B

NWMI27