**Expanded Surveillance of IP Address 71.205.106.153**

**ISP:** Comcast Cable
**Location:** Grand Rapids, MI

| Hit Date UTC | Filename |
|---|---|
| 03/18/2013 | madisonivyts013113-v03_999.mp4 |
| 03/18/2013 | shesnew_rissa_maxxx_full_hi_720hd.mp4 |
| 03/18/2013 | yb.13.03.13.rebecca.hardcore.wmv |
| 03/18/2013 | Bella.Sara.Luwis.Roccos.Psycho.Teens.RoccoSiffredi.2012_iyutero.com.mp4 |
| 03/18/2013 | FinalWin7ProductGuide8MBforviewing.pdf |
| 03/18/2013 | SiljaFestival2005TheMovie.wmv |
| 03/17/2013 | Die Fotzen Stecher.avi |
| 03/17/2013 | RoccoSiffredi  Madlin |
| 03/17/2013 | prnfle1940x.avi |
| 03/17/2013 | Zoom Player 8.50 RC1 Setup + KeyGen.rar |
| 03/17/2013 | The Prepper's Guide To_ Bug Out Bags - Y - Ricky Harrison.mobi |
| 03/17/2013 | fantasiany 5[SILVERDUST] |
| 03/17/2013 | prnfle1909x.avi |
| 03/17/2013 | aa.rar |
| 03/17/2013 | Spartacus.S03E07.720p.HDTV.x264-IMMERSE.mkv |
| 03/17/2013 | Mike.Angelo.Timea.Bella.Mazy.Teen.Roccos.Psycho.Teens.4.Scene.4.Roccosiffredi.2013_iyutero.com.mp4 |
| 03/17/2013 | Caribbeancom 031413-288 |
| 03/17/2013 | cream filled pink tacos[SILVERDUST] |
| 03/17/2013 | Escape from Planet Earth 2013 DVDRip.XviD-LiViDiTY |
| 03/16/2013 | Banshee.S01E10.HDTV.x264-2HD.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/16/2013 | prnfle1908x.mp4 |
| 03/16/2013 | Oz the Great and Powerful 2013 HDTS x264 AAC-OFFLiNE |
| 03/16/2013 | The Origami Bible.pdf |
| 03/16/2013 | Pole (Angelica's Test) (Pole Dance) (Angelica |
| 03/16/2013 | Stardock Fences v2.01 Keymaker-Patch - RNDD - DeGun TPB |
| 03/16/2013 | Spartacus.S03E07.HDTV.x264-ASAP.mp4 |
| 03/16/2013 | Father.Figure.3.XXX.DVDRiP.x264-DivXfacTory |
| 03/16/2013 | AmateurCreampies.Alana.-.-.-.Rains.09.03.2013.SD.wmv |
| 03/16/2013 | prnfle1933x.avi |
| 03/16/2013 | [ www.Torrenting.com ] - Stan.Lees.Superhumans.S02E06.Human.Shield.720p.HDTV.x264-DHD |
| 03/16/2013 | Stardock Fences v2.01.484 Incl Keyfilemakerand Patch-EMB [TorDigger] |
| 03/16/2013 | squirt teens from russia 2[SILVERDUST] |
| 03/16/2013 | zj11409_3000.mp4 |
| 03/16/2013 | AllOver30.com_13.03.15.Christy.XXX.iMAGESET-YAPG |
| 03/16/2013 | Nikita.S03E14.HDTV.x264-LOL.mp4 |
| 03/16/2013 | Kid.Jamaica.Stacy.Snake.Diamond.Cross.RoccosPsychoTeens4.S3Roccosiffredi.2013_iyutero.com.mp4 |
| 03/16/2013 | RoccoSiffredi -  Rocco Siffredi, Abby H - Rocco's Top Anal Models |
| 03/16/2013 | YoungLegalPorn - Schoolmates - Madonna, Guerlain [720p].mp4 |
| 03/16/2013 | Anal Casting With This Hottie.avi |
| 03/15/2013 | Two.and.a.Half.Men.S10E19.HDTV.x264-LOL.mp4 |
| 03/15/2013 | Archer.2009.S04E09.HDTV.x264-2HD.mp4 |
| 03/15/2013 | The.Office.US.S09E17.HDTV.x264-LOL.mp4 |
| 03/15/2013 | 1600.Penn.S01E09.HDTV.x264-LOL.mp4 |
| 03/15/2013 | Greys.Anatomy.S09E17.HDTV.x264-LOL.mp4 |
| 03/15/2013 | The.Vampire.Diaries.S04E16.HDTV.x264-LOL.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/15/2013 | Person.of.Interest.S02E18.HDTV.x264-LOL.mp4 |
| 03/15/2013 | Anger.Management.S02E10.REPACK.HDTV.x264-2HD.mp4 |
| 03/15/2013 | Glee.S04E16.HDTV.x264-LOL.mp4 |
| 03/15/2013 | The.Big.Bang.Theory.S06E19.HDTV.X264-LOL.mp4 |
| 03/14/2013 | nice_view_big.mp4 |
| 03/14/2013 | Killswitch Engage - As Daylight Dies (2006) - Metal [www.torrentazos.com].rar |
| 03/14/2013 | Babes.13.03.14.Raven.Rockette.Wall.To.Wall.XXX.1080p.MP4-KTR[rarbg] |
| 03/14/2013 | Tate Stevens _ Power Of A Love Song.mp3 |
| 03/14/2013 | Survivor.S26E05.HDTV.x264-LMAO.mp4 |
| 03/14/2013 | ExclusiveTeenPorn.12.04.14.Kitana.XXX.720p.WMV-iaK[rarbg] |
| 03/14/2013 | Psych.S07E03.HDTV.x264-EVOLVE.mp4 |
| 03/14/2013 | Face.Off.S04E09.Mummy.Mayhem.HDTV.x264-CRiMSON.mp4 |
| 03/14/2013 | EuroTeenErotica.13.03.14.Seren.XXX.1080p.MP4-KTR[rarbg] |
| 03/14/2013 | v600026 - Prensley_720.wmv |
| 03/14/2013 | mfhgbonniebill_qt.mp4 |
| 03/14/2013 | Learn How To Make Excellent POV Video.mp4 |
| 03/14/2013 | FuckedUpHandjobs.13.01.17.Eva.Angelina.XXX.720p.WMV-VSEX[rarbg] |
| 03/14/2013 | The Hobbit 2012.French R5 LiNE READNFO XviD-BiDA |
| 03/14/2013 | avast! Internet Security v7.0.1466 Full |
| 03/14/2013 | Big Tits In Sports - Julia Ann (ean, Mean, Fucking Machine) NEW December 29, 2012 |
| 03/14/2013 | True Blood S05E02 HDTV x264-2HD [eztv] |
| 03/14/2013 | ShesAFreak.13.03.14.Alexis.Adams.More.Toys.Than.She.Can.Fit.In.Her.Box.XXX.1080p.MP4-KTR[rarbg] |
| 03/14/2013 | x-art_kiera_seth_late_for_work_1080.mp4 |
| 03/13/2013 | Staci Silverstone in My Sisters Hot Friend XXX (2013) |
| 03/13/2013 | Kayden Kross (Orgasm) 1.avi |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 03/13/2013 | Smash.S02E06.HDTV.x264-LOL.mp4 |
| 03/13/2013 | MoneyTalks - Playing For Pay - Kourtney.mp4 |
| 03/13/2013 | rm9751500k.wmv |
| 03/13/2013 | prnfle1866x.mp4 |
| 03/13/2013 | 18YearsOld - Lusty Hookup - Ella Milano.mp4 |
| 03/13/2013 | Sint_facete_perfecto_no_vel_v25_portable.zip |
| 03/13/2013 | Pantyhosed4U.13.02.25.Elle.Brook.Using.Her.Initiative.XXX.720p.WMV-KTR |
| 03/13/2013 | Cock for Cox (Amber Cox) XXX (2013) |
| 03/13/2013 | 8209.flv |
| 03/13/2013 | lacey channing 18yo XXX |
| 03/13/2013 | Met-Art.13.03.12.Milana.G.Empiria.XXX.1080p.MP4-YAPG |
| 03/13/2013 | 8207.flv |
| 03/13/2013 | A Big Black Monster Cock For the Petite White Girl (Maia Davis) XXX (2013) |
| 03/13/2013 | PlayboyPlus.13.03.12.Charlotte.Rose.Lights.Camera.Shower.XXX.1080p.MP4-GAGViD[rarbg] |
| 03/13/2013 | Vikings.S01E03.Dispossessed.PREAiR.WEBRip.x264-UNPOPULAR.mp4 |
| 03/13/2013 | Macro Expert 3 |
| 03/13/2013 | prnfle1865x.wmv |
| 03/13/2013 | Amy Brooke in My Girlfriend's Busty Friend XXX (2013) |
| 03/13/2013 | Hells.Kitchen.US.S11E01.PDTV.x264-LOL.mp4 |
| 03/13/2013 | My.Husband.Brought.Home.His.Mistress.XXX.DVDRip.x264-Pr0nStarS |
| 03/13/2013 | It turns out Japanese girls really do sound like Anime when you brutally fucked them in bondage!  Marica Hase  Matt Williams |
| 03/13/2013 | Hells.Kitchen.US.S11E02.PDTV.x264-LOL.mp4 |
| 03/13/2013 | Cougar.Town.S04E10.HDTV.x264-ASAP.mp4 |
| 03/13/2013 | Younglegalporn  Pound Me Gently  Puppy |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 03/13/2013 | Impressing Mr. Big (Jodi Taylor) XXX (2013) |
| 03/13/2013 | Molly Bennett (More Than You Bargained For).avi |
| 03/13/2013 | MyGF.13.03.12.Jessy.Fuck.Work.And.Fuck.Me.XXX.HR.MP4-KTR |
| 03/13/2013 | Anal Pounding For A Monday (Kattie Gold) XXX (2013) |
| 03/13/2013 | Culioneros - Pheonix Marie Loves To be Fucked On Cam.mp4 |
| 03/13/2013 | BangbrosRemastered - The Perfect Woman Gets Fucked And A Face Full Of Nut (2013) [480p].mp4 |
| 03/12/2013 | The.Following.S01E08.HDTV.x264-LOL.mp4 |
| 03/12/2013 | The Ten Commandments (1923) BluRay 720p x264 Ganool |
| 03/12/2013 | The Following S01E07 HDTV x264-LOL[ettv] |
| 03/12/2013 | Red.Widow.S01E03.HDTV.x264-LOL.mp4 |
| 03/12/2013 | AmateurAllure Skyla.mov |
| 03/12/2013 | The.Apprentice.S13E02.HDTV.x264-BAJSKORV.mp4 |
| 03/12/2013 | Ch4.Secrets.of.the.Stonehenge.Skeletons.540p.x264.AAC.MVGroup.org.mp4 |
| 03/12/2013 | Broadchurch.1x02.HDTV.x264-FoV.mp4 |
| 03/12/2013 | Deception.S01E10.HDTV.x264-LOL.mp4 |
| 03/11/2013 | Shameless.US.S03E08.HDTV.x264-EVOLVE.mp4 |
| 03/11/2013 | House.of.Lies.S02E08.HDTV.x264-2HD.mp4 |
| 03/10/2013 | Last.Man.Standing.US.S02E16.HDTV.x264-LOL.mp4 |
| 03/10/2013 | TAndAChicks.13.02.28.Logans.Casting.Couch.Naomi.St.Claire.XXX.WMV-YAPG |
| 03/10/2013 | WowPorn.13.02.04.Denisa.Heaven.Foxy.Cutie.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | PublicInvasion.12.07.04.Cory.Everson.Money.Talks.Remastered.XXX.HR.MP4-OHRLY |
| 03/10/2013 | WowPorn.13.02.01.Janice.Hardcore.Attack.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | John Wayne-Red River [1948](COLORIZED)Xvid-AJAXEN |
| 03/10/2013 | [Hegre-Art] 2011-11-15 - Ryonen - Nude Beach [00'08'47][WMV][1280x720].wmv |
| 03/10/2013 | WowPorn.13.01.10.Bella.Baby.Jennifer.And.Mya.A.Naughty.Trio.XXX.1080p.MP4-KTR[rarbg] |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 03/10/2013 | PublicInvasion.12.07.25.Samme.Lee.Remastered.XXX.HR.MP4-OHRLY |
| 03/10/2013 | Garritan.GPO4.Personal.Orchestra.4.v4.02.HAPPY.NEW.YEAR-R2R |
| 03/10/2013 | MC.Nudes.Ginger.Exciting.Bubbles.XXX.pornalized.com.avi |
| 03/10/2013 | WowPorn.13.01.28.Gloria.And.Stephanie.Eat.My.Clit.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | WowPorn.12.12.27.Cindy.Make.Me.Cum.Hard.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | SpaceHoppersAndLollyPoppers.13.03.02.Miya.Rai.Educating.Miss.Rai.XXX.720p.x264-SEXORS |
| 03/10/2013 | The Longest Day (1962)DVDRip NL subs[Divx]NLtoppers |
| 03/10/2013 | Yanks.13.03.01.Ginny.Denmarc.Interview.Excited.To.Show.Off.XXX.720p.MP4-OHRLY |
| 03/10/2013 | GloryholeAdmissions.E01.Ex.Hooker.Seeks.Forgiveness.Through.The.Cock.XXX.720p.MP4-oRo |
| 03/10/2013 | WowPorn.13.01.12.Ivana.And.Mika.Taste.It.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | Gone.With.The.Wind.1939.720p.Bluray.x264.anoXmous |
| 03/10/2013 | RonHarris.13.03.01.Victoria.Voss.Secrets.XXX.1080p.MP4-OHRLY |
| 03/10/2013 | Saturday.Night.Live.S38E16.Justin.Timberlake.HDTV.x264-MOMENTUM.mp4 |
| 03/10/2013 | WowPorn.13.01.14.Anjelica.Leggy.Queen.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | KarupsOW.13.03.02.Holly.Jones.Solo.2.XXX.720p.MP4-KTR |
| 03/10/2013 | WowPorn.13.01.16.Margo.A.And.Milagres.Is.It.Juicy.Enough.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | TeenBurg.13.03.10.Vika.XXX.720p.WMV-KTR[rarbg] |
| 03/10/2013 | Rocco's World Feet Obsession 2 |
| 03/10/2013 | China Doll Alani Pi |
| 03/10/2013 | Pure curves (Lily Love) (2013) SiteRip |
| 03/09/2013 | Spartacus.S03E06.720p.HDTV.x264-IMMERSE.mkv |
| 03/09/2013 | Cult.S01E03.HDTV.x264-LOL.mp4 |
| 03/09/2013 | Evangelion Hentai.rar |
| 03/09/2013 | Banshee.S01E09.HDTV.x264-2HD.mp4 |
| 03/09/2013 | House.Of.Cards.2013.S01E05.HDTV.x264-EVOLVE.mp4 |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 03/09/2013 | Spartacus.S03E06.HDTV.x264-ASAP.mp4 |
| 03/09/2013 | Met.Art.Karina.O.Ainava.XXX.pornalized.com.avi |
| 03/09/2013 | House.Of.Taboo.Valentina.Nappi.Futuristic.Vision.Of.Restraint.XXX.pornalized.com.mpeg |
| 03/09/2013 | Touch.S02E06.HDTV.x264-LOL.mp4 |
| 03/09/2013 | PBS.Independant.Lens.The.Power.Broker.540p.x264.AAC.MVGroup.org.mp4 |
| 03/08/2013 | Anger.Management.S02E09.HDTV.x264-ASAP.mp4 |
| 03/08/2013 | Polyphonica_07v2[EnF].mp4 |
| 03/08/2013 | The.Big.Bang.Theory.S06E18.HDTV.X264-LOL.mp4 |
| 03/08/2013 | The.Americans.2013.S01E06.HDTV.x264-LOL.mp4 |
| 03/08/2013 | Two.and.a.Half.Men.S10E18.HDTV.x264-LOL.mp4 |
| 03/08/2013 | Broadchurch.S01E01.HDTV.x264-RiVER.mp4 |
| 03/08/2013 | Glee.S04E15.720p.HDTV.X264-DIMENSION.mkv |
| 03/08/2013 | Survivor.S26E04.HDTV.x264-SENAPSKORV.mp4 |
| 03/08/2013 | Glee.S04E15.HDTV.x264-LOL.mp4 |
| 03/08/2013 | Person.of.Interest.S02E17.HDTV.x264-LOL.mp4 |
| 03/08/2013 | The.Colbert.Report.2013.03.06.Brendan.OConnell.HDTV.x264-LMAO.mp4 |
| 03/08/2013 | Person.of.Interest.S02E17.720p.HDTV.X264-DIMENSION.mkv |
| 03/08/2013 | The.Colbert.Report.2013.03.07.John.Sexton.HDTV.x264-LMAO.mp4 |
| 03/08/2013 | Archer.2009.S04E08.HDTV.x264-ASAP.mp4 |
| 03/08/2013 | 1600.Penn.S01E08.HDTV.x264-LOL.mp4 |
| 03/07/2013 | Adam Beyer - Time Warp Compilation 3 by Stechno [FLAC] |
| 03/07/2013 | Bernard Cornwell - Killer's Wake (The Sea Lord) - Unb |
| 03/07/2013 | Craig.Ferguson.2013.03.05.Larry.King.HDTV.x264-FQM.mp4 |
| 03/07/2013 | History.Ch.How.the.States.Got.Their.Shapes.Series.1.01of10.A.River.Runs.Through.It.DVDrip.x264.AAC.MVGroup.org.mp4 |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 03/07/2013 | Suburgatory.S02E16.HDTV.x264-LOL.mp4 |
| 03/07/2013 | mp11401_3000.mp4 |
| 03/07/2013 | Derek.1x06.HDTV.x264-FoV.mp4 |
| 03/07/2013 | Bones.S08E18.HDTV.x264-LOL.mp4 |
| 03/07/2013 | The.Colber.Report.2013.03.05.James.Franco.HDTV.x264-FQM.mp4 |
| 03/07/2013 | the.walking.dead.S03E10.HDTV.x264.mp4 |
| 03/07/2013 | Arctic.Air.S02E08.HDTV.x264-2HD.mp4 |
| 03/07/2013 | Pink Floyd - The Dark Side of the Moon (1973) [24 bit FLAC] vinyl |
| 03/07/2013 | The.Colbert.Report.2013.03.04.Kirk.Bloodsworth.HDTV.x264-LMAO.mp4 |
| 03/07/2013 | IMAX.Greece.Secrets.of.the.Past.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/07/2013 | Dragon's Lair 2 - Time Warp (NTSC) DVD-ROM Game.7z |
| 03/07/2013 | Bones.S08E18.720p.HDTV.X264-DIMENSION.mkv |
| 03/07/2013 | atkpetite6 |
| 03/07/2013 | History.Ch.How.the.States.Got.Their.Shapes.Series.1.02of10.Plains.Trains.and.Automobiles.DVDrip.x264.AAC.MVGroup.org.mp4 |
| 03/07/2013 | Smash.S02E05.HDTV.x264-LOL.mp4 |
| 03/07/2013 | Cougar.Town.S04E09.HDTV.x264-2HD.mp4 |
| 03/07/2013 | Psych.S07E02.HDTV.x264-EVOLVE.mp4 |
| 03/07/2013 | ava-dalush-8363v1-high.mp4 |
| 03/07/2013 | House.Of.Cards.2013.S01E04.HDTV.x264-EVOLVE.mp4 |
| 03/07/2013 | House.of.Lies.S02E07.PROPER.HDTV.x264-EVOLVE.mp4 |
| 03/07/2013 | Seed.S01E05.HDTV.x264-2HD.mp4 |
| 03/04/2013 | Vikings.S01E01.REPACK.HDTV.x264-2HD.mp4 |
| 03/04/2013 | Once.Upon.a.Time.S02E15.HDTV.x264-LOL.mp4 |
| 03/04/2013 | The.Apprentice.S13E01.HDTV.x264-BAJSKORV.mp4 |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 03/04/2013 | ????.E089.130206.HDTV.H264.720p-WITH.mp4 |
| 03/04/2013 | Once.Upon.a.Time.S02E15.720p.HDTV.X264-DIMENSION.mkv |
| 03/04/2013 | The.Simpsons.S24E14.HDTV.x264-LOL.mp4 |
| 03/04/2013 | The.Walking.Dead.S03E12.HDTV.x264-EVOLVE.mp4 |
| 03/03/2013 | vanessasmg.mp4 |
| 03/03/2013 | Nubiles.13.03.03.Paula.Lee.Her.Special.Toy.XXX.720p.WMV-KTR[rarbg] |
| 03/03/2013 | ATKPetites.13.03.03.Salma.Sins.Sex.Machine.XXX.1080p.MP4-KTR[rarbg] |
| 03/03/2013 | Lola A - Fasten (Ukraine) |
| 03/03/2013 | ExploitedTeens 01-03-2013.wmv |
| 03/03/2013 | Star.Wars.The.Clone.Wars.S05E20.The.Wrong.Jedi.HDTV.x264-FQM.mp4 |
| 03/03/2013 | ham_ashley_eva_jd121112_720p_8000.mp4 |
| 03/03/2013 | cassidtfh18.mp4 |
| 03/03/2013 | Twistys.13.03.03.Chloe.Dee.Cumming.With.Chloe.XXX.720p.MP4-KTR[rarbg] |
| 03/03/2013 | DocSap.RHPSP |
| 03/03/2013 | Nubiles.13.03.03.Ksenija.Such.A.Cutie.XXX.720p.WMV-KTR[rarbg] |
| 03/03/2013 | ExxxtraSmall-LacieChanning-AlmostDoesntCount-130204-720.mp4 |
| 03/02/2013 | jessie-volt-and-sophie-lynx-8361v1.mp4 |
| 03/02/2013 | The.Colbert.Report.2013.02.28.Jon.Favreau.HDTV.x264-LMAO.mp4 |
| 03/02/2013 | Last.Man.Standing.US.S02E15.HDTV.x264-LOL.mp4 |
| 03/02/2013 | Touch.S02E05.HDTV.x264-LOL.mp4 |
| 03/02/2013 | DVDFAB 8 Retail.rar |
| 03/02/2013 | Archer.2009.S04E07.PROPER.HDTV.x264-EVOLVE.mp4 |
| 03/02/2013 | BBC.Storyville.2013.Google.and.the.World.Brain.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/02/2013 | Anger.Management.S02E08.HDTV.x264-ASAP.mp4 |
| 03/02/2013 | [ANK-Raws] BTOOOM! - 01 (BDrip 1920x1080 x264 FLAC Hi10P rev).mkv |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 03/02/2013 | Spartacus.S03E05.HDTV.x264-2HD.mp4 |
| 03/02/2013 | 1600.Penn.S01E07.HDTV.x264-LOL.mp4 |
| 03/02/2013 | Law.and.Order.SVU.S14E16.HDTV.x264-LOL.mp4 |
| 03/02/2013 | Nashville.2012.S01E14.HDTV.x264-LOL.mp4 |
| 03/02/2013 | Banshee.S01E08.HDTV.x264-2HD.mp4 |
| 03/02/2013 | Nikita.S03E12.HDTV.x264-LOL.mp4 |
| 03/02/2013 | Kitchen.Nightmares.US.S06E11.PDTV.x264-LOL.mp4 |
| 03/01/2013 | Revenge S02E15 Retribution HDTV x264 -LOL [VTV] |
| 03/01/2013 | Gorgeous Teen babe horny good fuck.mp4 |
| 03/01/2013 | Nubiles.13.02.26.Nica.Toy.Play.Surprise.XXX.720p.WMV-KTR |
| 03/01/2013 | Survivor.S26E03.HDTV.x264-LMAO.mp4 |
| 03/01/2013 | EuroSexParties - Sweet pussy - Mona, Lana.wmv |
| 03/01/2013 | Psych.S07E01.Santabarbaratown 2.HDTV.XVID-AVIGUY.avi |
| 03/01/2013 | modern.family.417.hdtv-lol.mp4 |
| 03/01/2013 | Spartacus S03E05 Blood Brothers HDTV x264 -2HD [eztv] |
| 03/01/2013 | Stunners.13.02.27.Abbie.Cat.Wanna.Help.Scrub.XXX.720p.WMV-SEXORS |
| 03/01/2013 | AlexisGolden.E30.Talent.Tryout.XXX.WMV-AN4L |
| 03/01/2013 | AlexisGolden.E29.Travel.MILF.Philly.XXX.WMV-AN4L |
| 03/01/2013 | Deadmau5 Album Title Goes Here |
| 03/01/2013 | The Walking Dead S03E12 Clear HDTV x264 -2HD [ettv] |
| 03/01/2013 | The.Colbert.Report.2013.02.27.Paola.Antonelli.HDTV.x264-LMAO.mp4 |
| 02/28/2013 | Silvia.Saint.Candy.Blond.Casting.52.Candy.Blonde.Scene.1.SilviaSaint.2013.HD_iyutero.com.mp4 |
| 02/28/2013 | Computer Science Ebooks--Team_Di Release |
| 02/28/2013 | The.Colbert.Report.2013.02.26.Dr.Michio.Kaku.HDTV.x264-LMAO.mp4 |
| 02/28/2013 | Smash.S02E04.HDTV.x264-LOL.mp4 |

EXHIBIT C

NWMI27

| Hit Date UTC | Filename |
|---|---|
| 02/28/2013 | Internal Cumbustion 18 (2013) [WwW.LoKoTorrents.CoM] |
| 02/28/2013 | [ www.TorrentDay.com ] - Law.and.Order.SVU.S14E16.HDTV.x264-LOL |
| 02/28/2013 | Two and a Half Men S10E18 The 9.04 From Pemberton HDTV x264 -LOL [eztv] |
| 02/28/2013 | Krzyzacy (1960) [aka Knights of the Teutonic Order] |

EXHIBIT C

NWMI27