UNITED STATES OF AMERICA
DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,                                      Case No. 1:13cv357

-vs-

                                                      HON. ROBERT J. JONKER

MARC WILSON,

        Defendant.
_____/

## O R D E R

Defendant's Motion for Extension of Time in Which to Answer or Otherwise Plead (docket #13) is **GRANTED**.  The response is due no later than **September 2, 2013.**

        **IT IS SO ORDERED**.

                                                          /s/Robert J. Jonker
                                                        ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE

Dated:  August 9, 2013