# UNITED STATES OF DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

Case No.:  1:13cv357
Case Caption:  Malibu Media v. Marc Wilson

Date:  September 18, 2013 at 3:40 p.m. to 3:50 p.m.
Place: Grand Rapids, MI
Judge: Hon. Robert J. Jonker

Appearances for Plaintiff:  Paul J. Nicoletti
Appearances for Defendant:  Jeffrey J. Antonelli

**PROCEEDINGS**

**NATURE OF HEARING:**  Rule 16 Scheduling Conference

Clerk:  Melva I. Ludge
        Case Manager

Court Reporter:  Glenda Trexler