IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,                )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   Case No.:  1:13-cv-00357-RJJ
                                  )
MARC WILSON                       )
                                  )
    Defendant.                    )

**JOINT AGREED MOTION TO SEAL EXHIBIT C TO THE COMPLAINT [CM/ECF 1-3] AND TO THE AMENDED COMPLAINT [CM/ECF 9-3]**

    Defendant, Marc Wilson ("Defendant") and Plaintiff, Malibu Media, LLC, jointly move this Court for an entry of an order sealing Malibu Media, LLC's ("Plaintiff's") Exhibit C to the Complaint [CM/ECF 1-3] and to the Amended Complaint [CM/ECF 9-3], and state in support as follows:

1. The instant action was filed as a John Doe complaint on or about April 1, 2013, with Summons issued as to Defendant on June 7, 2013.

2. Plaintiff filed its Amended Complaint naming Defendant Marc Wilson on June 6, 2013, and served Defendant on or about July 15, 2013.

3. Exhibit C to the Complaint and to the Amended Complaint is a document purporting to show a list of expanded surveillance of other digital media files being distributed on Defendant's IP address. This list contains a variety of digital files, to which Plaintiff makes no claim of ownership or rights, including additional adult films. Defendant previously filed an unopposed Motion to Strike Exhibit C, which was denied by this court. [CM/ECF 16].

4. Counsel for Plaintiff and counsel for Defendant are in agreement that it is in the best interest of both parties for this Court to enter an order sealing Exhibit C to the Complaint

and Exhibit C to the Amended Complaint. These claims are not central to Plaintiff's claims of its copyrighted works being infringed, and it is within this court's discretion to seal non-essential claims from the eyes of future prospective employers. The claims contained within Exhibit C are akin to "...the information that surfaces during pretrial discovery [and] may be unrelated, or only tangentially related, to the underlying cause of action. Therefore, restraints placed on discovered, but not yet admitted, information are not a restriction on a traditionally public source of information. " *Seattle Times Company v. Rhinehart*, 467 U.S. 20 at 33 (1984)

WHEREFORE, Defendant, MARC WILSON, respectfully requests this Court enter an order sealing Plaintiff Malibu Media, LLC's Exhibit C to the Complaint [CM/ECF 1-3] and Exhibit C to the Amended Complaint [CM/ECF 9-3] from public view.

Dated: October 4, 2013

                                              Respectfully submitted,

By:    S/ Jeffrey J. Antonelli
        Jeffrey J. Antonelli, Bar # 6271875
        Attorney for Defendant
        Antonelli Law, Ltd.
        100 North LaSalle Street, Suite 2400
        Chicago, IL 60602
        Telephone: (312) 201-8310
        E-Mail: jeffrey@antonelli-law.com

        S/ Paul J. Nicoletti
        Paul J Nicoletti
        Attorney for Plaintiff
        NICOLETTI & ASSOCIATES PLLC
        Suite 100
        36880 Woodward Avenue
        Bloomfield Hills, MI 48304

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J Nicoletti
NICOLETTI & ASSOCIATES PLLC
Suite 100
36880 Woodward Avenue
Bloomfield Hills, MI 48304
248-203-7800
248-203-7801 (fax)
paul@nicoletti-associates.com
*Attorney for Plaintiff*

                                                By:    s/Jeffrey J. Antonelli
                                                           Jeffrey J. Antonelli, Bar # 6271875
                                                           Attorney for Defendant
                                                           Antonelli Law, Ltd.
                                                           100 North LaSalle Street, Suite 2400
                                                           Chicago, IL 60602
                                                           Telephone: (312) 201-8310
                                                           E-Mail: jeffrey@antonelli-law.com