IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

**v.**                                                      Civil Action No. 1:13-cv-00357-RJJ

MARC WILSON,

    Defendant.

                                                        /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF MARC WILSON**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Marc Wilson ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  Marc Wilson was assigned the IP Address 71.205.106.153.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Marc Wilson has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 30, 2013                        Respectfully submitted,

                                                                        By:  /s/ *Paul J. Nicoletti*
                                                                        Paul J. Nicoletti
                                                                        pauljnicoletti@gmail.com
                                                                        LAW OFFICE OF NICOLETTI &
                                                                        ASSOCIATES, PLLC
                                                                        36880 Woodward Avenue, Suite 100
                                                                        Bloomfield Hills, Michigan 48304
                                                                        Phone:  (248) 203-7800
                                                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                  By: /s/ *Paul J. Nicoletti*
                                  Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

      Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF MARC WILSON has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

      This 30th day of October, 2013.

                                  /s/ *Paul J. Nicoletti*
                                  Paul J. Nicoletti